# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| DANIEL CONTRERAS RAMIREZ, | |
| Petitioner, | CIVIL ACTION NO.: 5:16-cv-111 |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

## O R D E R

Petitioner, an inmate at Coffee Correctional Facility in Nicholls, Georgia, has filed an action under 28 U.S.C. § 2241. The record reflects that Petitioner has paid the $5.00 filing fee.

The United States of America, United States District Attorney, United States District Court, the Department of Homeland Security, and the Department of Immigration Services are not proper parties to Petitioner's action. The only proper respondent is the inmate's immediate custodian–the warden of the facility where the inmate is confined. See Rumsfeld v. Padilla, 542 U.S. 426, 434–35 (2004). As Hilton Hall, Jr., is the Warden at Coffee Correctional Facility, the Clerk is **AUTHORIZED** and **DIRECTED** to change the name of the Respondent to Hilton Hall, Jr., Warden, upon the docket and record of this case and to terminate all other Respondents.

The United States Marshal is hereby directed to serve a copy of the Petition and a copy of this Order by registered or certified mail upon: (1) the Attorney General of the United States; (2) the properly named Respondent; and (3) the civil process clerk at the office of the United States Attorney for the Southern District of Georgia. See Fed. R. Civ. P. 4(i).

Respondent is hereby ordered to show cause, in writing, why the Petitioner's writ should not be granted by filing a return and response with the Clerk of Court, Post Office Box 1636, Brunswick, Georgia, 31521, within twenty (20) days of the date of service.

While this action is pending, Petitioner **shall** immediately inform this Court in writing of any change of address.  Failure to do so will result in dismissal of this case.

**SO ORDERED**, this 30th day of January, 2017.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA